**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nicholas Anthony Decola, ) | No. CV 06-1223-PHX-EHC (HCE) |
| ) | |
| Plaintiff, ) | **REPORT & RECOMMENDATION** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Arpaio, et.al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    This is a civil rights action filed by a county jail inmate. On July 13, 2006, the Court received a notice from Plaintiff indicating that he wished to dismiss this action. Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without order of court by filing a notice of dismissal at any time before service of an answer or a motion for summary judgment. The record reflects that Defendants have not been served and have not filed an answer or a motion for summary judgment. The right to voluntarily dismiss an action under these circumstances is absolute. *Commercial Space Management Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

    Voluntary dismissal, however, does not alleviate the responsibility to pay the filing fee. *Commercial Space Management Co., Inc.,* 193 F.3d at 1077. All prisoners who file civil actions *in forma pauperis* must pay the full amount of the filing fee. *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

- 2 -

**RECOMMENDATION**

For the foregoing reasons, the Magistrate Judge recommends that the District Court direct the Clerk of Court to enter: (1) dismissal of this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and; (2) judgment accordingly.

Pursuant to 28 U.S.C. §636(B), any party may serve and file written objections within ten days after being served with a copy of this Report and Recommendation. If objections are filed, the parties should use the following case number:

If objections are not timely filed, then the parties' right to *de novo* review by the District Court may be deemed waived. *See United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir.) (*en banc*), *cert. denied,* 540 U.S. 900 (2003).

DATED this 18th day of July, 2006.

_____
Héctor C. Estrada
United States Magistrate Judge