LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Anthony Decola, ) | No. CV 06-1223-PHX-EHC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, et al., ) | |
| Defendants. ) | |

Pending before the Court is Magistrate Judge Estrada's Report and Recommendation for dismissal of this action without prejudice in light of Plaintiff's filing of a notice of voluntary dismissal (Dkt. 6). Plaintiff has not filed a Response or Objection. As stated by the Magistrate Judge, Plaintiff is not relieved from paying the filing fee. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss (Dkt. 5) is **granted**, and the Report and Recommendation (Dkt. 6) is **adopted**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge